United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUILLERMO CARLOS CRUZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. 7:19-CV-394 |
| GEORGE CASTANERA | § § § | CRIM. ACTION NO. 7:13-CR-306-1 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Guillermo Carlos Cruz's action pursuant to 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 4 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should be transferred to the Abilene Division of the Northern District of Texas, and that a certificate of appealability should be **DENIED** as unnecessary.

The Clerk shall send a copy of this Order to the Petitioner.

SO ORDERED November 10, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge